**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DASHAWN D HAWKINS, | ) | No. 21-03379 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Monday, June 14, 2021, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Timothy A. Barnes, and present the attached **Motion to Dismiss Debtor with Notice Under Local Rule 2002-1**, a copy of which is attached hereto.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.**

                    CATHERINE STEEGE, not individually but as
                    Trustee for Dashawn D. Hawkins

                    BY:    */s/ Catherine Steege*
                              One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DASHAWN D HAWKINS, | ) | No. 21-03379 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

Catherine Steege, not individually but as interim Chapter 7 trustee for Dashawn D. Hawkins, respectfully requests that the Court enter an Order, pursuant to 11 U.S.C. § 707, dismissing the above-captioned Chapter 7 case, and states:

1. The first meeting of creditors in this Chapter 7 case was scheduled for April 13, 2021. The Debtor failed to appear. The meeting was continued until May 11, 2021. The Debtor again failed to appear.

2. Cause exists to dismiss the Debtor's Chapter 7 bankruptcy case because of the Debtor's failure to attend his first meeting of creditors, which is causing unreasonable delay in the case.

3. In the event that this case is not dismissed, the Trustee also requests, for cause shown, that the Court extend the time period for objecting to the Debtor's discharge until a date after the first meeting of creditors is concluded.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Dismissing the Debtor's Chapter 7 case;

B. In the event that the Court does not dismiss the Debtor's Chapter 7 case, extending the time period to object to the Debtor's discharge until after the Debtor's 341 meeting; and

C.  Granting such other and further relief as may be just.

Respectfully submitted,

CATHERINE STEEGE, not individually but as interim Chapter 7 Trustee for Dashawn D. Hawkins

BY:     */s/ Catherine Steege*
              One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

DATED:  May 12, 2021

2